THE ARLINGTON COMPANY, Appellant, *v.* THE COLONIAL ASSUR-
ANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

(Submitted February 20, 1905; decided February 28, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 337.)